IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAUL D REIS, JR,

    Plaintiff,

v.                                         CASE NO. 5:12-cv-00336-MP-EMT

PAIGE AUGUSTINE, SIMONA COOKE, THERESA LEWIS, NEIL ROBINSON, GRETCHEN RYLE, CHARLES E SAMUELS, JR, SERO, R SOLIS, UNITED STATES OF AMERICA,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 21, Plaintiff's Motion for Extension of Time to File Response to the Report and Recommendation. Upon consideration, the motion is granted. Plaintiff shall have until April 22, 2013, to file a response to the Report and Recommendation.

    **DONE AND ORDERED** this _25th_ day of February, 2013

                                       *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge