IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAUL D REIS, JR,

    Plaintiff,

v.                                       CASE NO. 5:12-cv-00336-MP-EMT

PAIGE AUGUSTINE, SIMONA COOKE, THERESA LEWIS, NEIL ROBINSON, GRETCHEN RYLE, CHARLES E SAMUELS, JR, SERO, R SOLIS, UNITED STATES OF AMERICA,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 1, 2013. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After being granted an extension of time, plaintiff filed objections at Doc. 24. I have made a *de novo* determination of all objected-to issues and have determined that the Report and Recommendation should be adopted.

The Court agrees that injunctive relief may not be imposed on parties not before the Court in this case. Additionally, plaintiff no longer resides at the Terra Haute institution, so his request is moot. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order, and the motion at Doc. 16 is denied.

**DONE AND ORDERED** this *12th* day of June, 2013

                              *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge