IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAUL D REIS, JR,

    Plaintiff,

v.                                      CASE NO. 5:12-cv-00336-MP-EMT

PAIGE AUGUSTINE, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 6, 2014. (Doc. 48). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This action is DISMISSED for the failure to state a claim for relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). That the clerk be directed to enter judgment accordingly and close the file. This case counts as a strike under 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this *21st* day of November, 2014

                                              *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge